UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

C.COYLE PACKAGING, LLC, et al.,  )
                                 )
    Plaintiffs,                  )
                                 )
vs.                              )    Case No. 4:10CV462 HEA
                                 )
GRM PACKAGING, et al.,           )
                                 )
    Defendants.                  )

## ORDER

The Court having been advised by counsel for Plaintiff that this action has been settled,

**IT IS HEREBY ORDERED** the June 4, 2012, trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 1st day of June, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE